IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

CHERYL BEACH and JACKIE BEACH                                              PLAINTIFFS

VS.                                                    CAUSE NO: 3:17-CV-022-SA-RP

OJO BABALOLA and
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                                          DEFENDANTS

AGREED ORDER OF DISMISSAL

Upon consideration of Plaintiffs' and Defendants' joint motion, it is hereby ORDERED that the plaintiffs' complaint and claims against Defendants be and are hereby DISMISSED, with prejudice. Any claims between Defendant Babalola and Defendant State Farm will not be affected by this dismissal.

Each party to bear their own costs. This CASE is CLOSED.

SO ORDERED, on this the 5th day of December, 2017.

/s/ Sharion Aycock
UNITED STATES DISTRICT COURT JUDGE

AGREED:

/s/ William B. Ryan
WILLIAM B. RYAN, MSB #99667
Attorney for Plaintiffs

/s/ H. Scot Spragins
H. SCOT SPRAGINS, MSB #7748
Attorney for Defendant State Farm Mutual
Automobile Insurance Company

/s/ R. Warren Smith
R. WARREN SMITH, MSB #104624
Attorney for Defendant Ojo Babalola